UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-20254-CR-ALTONAGA

United States of America,

v.

Karim Subratie,

_____/

## WAIVER OF INDICTMENT

I, Karim Subratie, the above named defendant who is accused of **Possession With the Intent to Distribute a Controlled Substance**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 8/8/22, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Edwin G. Torres
United States Chief Magistrate Judge